1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN CHAVEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiff,<br><br>  vs.<br><br>TD BANK USA, NA<br><br>       Defendant. | Case No. 3:18-cv-00294-DMS-BLM<br><br>(Assigned to the Honorable Dana M. Sabraw, Courtroom 13A)<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>Complaint filed: February 7, 2018 |

# [PROPOSED] ORDER

Pursuant to the joint motion of Plaintiff ADRIAN CHAVEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, and Defendant TD BANK USA, N.A., the Court orders as follows:

The joint motion is **GRANTED** and the above-captioned action is **DISMISSED WITH PREJUDICE** as to the named plaintiff, Adrian Chavez, and is **DISMISSED WITHOUT PREJUDICE** as to the putative class members. The entire case is dismissed in its entirety. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  April 19, 2018

Hon. Dana M. Sabraw
United States District Judge

SERVICE LIST

HINSHAW & CULBERTSON  LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

Case No. 3:16-cv-01858 LAB-BGS
301704227v1 1006345